UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 4

| | |
|---|---|
| COOLMART CANADA INC.,<br>                      *Plaintiff,*<br>     v.<br><br>The UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection*; DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*,<br>                      *Defendants.* | Court No. 25-cv-00350<br><br>SUMMONS |

**TO:**    The Above-Named Defendants:

     You are hereby summoned and required to serve on plaintiff's attorneys, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

                                        Name, Address, Telephone Number and
                                        E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

Eric R. Rock
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)

Dated:   December 4, 2025          erock@rocktradelaw.com (e-mail)

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.